The first case is AlmondNet v. Meta Platforms, 2024, 1834. Mr. Mielke. Thank you, Your Honor, and may it please the court. In the proceedings below, the petition proposed a combination of the system described in Rosenberg with the Firefly system, which was a real-world system that was discussed in two textbooks called Zeph and Stern. Now, there's no dispute that Rosenberg alone does not disclose or render obvious all limitations of any challenged claims. Specifically, the petition proposed a combination of Rosenberg with Firefly to arrive at the claims. Meta thus needed to show, and the board needed to find, a motivation to combine Rosenberg with Firefly in a way that the petition proposed. However, the board, in its final written decision, never made any finding of motivation to combine Rosenberg with Firefly. The board erred by ignoring the motivation. Can I just ask? I thought that there was a dispute about whether there was a need to modify Rosenberg. Am I misremembering? That is, there is a dispute right now between the parties in front of us whether you're right in saying, in order for the board to reach its decision, it had to find a reason to modify Rosenberg. Am I just misremembering? I think that that was Meta's careful articulation of a certain standard. I don't think that there's no dispute that Rosenberg has to be combined with Firefly to arrive at at least one limitation. Meta, in its brief, argues that it's a non-technical limitation that's not being satisfied by Firefly. But there is actually no dispute that the petition only argued an obviousness combination of Rosenberg with Firefly. There's no theory in the petition that Rosenberg itself discloses all the limitations. And I don't understand Meta to argue that and appeal that Rosenberg itself discloses all limitations. They just said that if you look at the non-technical requirements of the claims, Rosenberg itself discloses everything. That's my understanding of their argument. I thought your argument was that in the petition, the proposed combination was a two-computer combination and that it wouldn't have been realistic to use Rosenberg in a two-computer setting. Is that a fair statement of what your argument is? Not quite, Your Honor. The issue is that they have to provide a combination of Rosenberg with Firefly that arrives at all limitations. And that would have been obvious. They haven't shown that a combination of Rosenberg with Firefly that applied to only two computers would have been obvious. And that's the only thing that they described. Why are we talking about a two-computer combination? The claims certainly allow multiple computers, right? There's no question about that. And Rosenberg itself contemplates multiple computers. We would be happy to address a combination of Rosenberg with Firefly that addressed multiple computers if Meta could explain how that would operate. But answer my question. It is true that the claims allow multiple computers, right? Yes, Your Honor. And it is also true that Rosenberg contemplates multiple computers. In fact, that's part of your argument is that that's what it does, right? Yes, Your Honor. So what's the problem? So the problem is that Rosenberg, they're relying on specific teachings of Rosenberg that relate only to two computers in their explanation of how the system would operate. There's no dispute that many of them. In the petition, you mean? In the petition? Yes, in the petition. In their theory overall, there's no dispute that many of the teachings of Rosenberg do not read on the claims. Many of the ways to implement Rosenberg, including the ways that would have been required to arrive at multiple servers, do not read on the claims. For example, Meta acknowledges in the blue brief, page 19. This is explained in our blue brief at page 19, footnote 3, that certain implementations of Rosenberg do not meet the claim requirement that the redirection be automatic. So it's not enough to just say that Rosenberg teaches everything. You have to look at what specific embodiment and what specific way that you're implementing Rosenberg to know whether or not it discloses everything. Another example of this is in footnote 8 of Pat Nona's response. This is at appendix 338. The petition at appendix 141 relies on the frames being visible in order to establish a certain timing requirement of the claims. So it's part of the petition's theory of obviousness that the frames have to be visible. However, there's no dispute that Rosenberg contemplates other ways of implementing things as you would scale up the servers. When Meta's expert was questioned as to whether it would be obvious for CNN, a website like CNN, to show frames for 10 different servers on its home page, Meta's expert said, well, you would just make the frames invisible. But that wouldn't satisfy the claim requirements. So it really matters how exactly you're implementing Rosenberg as you scale it up to multiple servers. It's not enough just to say Rosenberg for two servers satisfies the claims. And it doesn't satisfy the claims. But for Meta to say that Rosenberg for two servers satisfies certain technical details, and therefore if you scaled it up to multiple servers, those multiple server embodiments would also include those technical details. We don't know that unless we know what the implementation would look like as you scaled it up to multiple servers. And Rosenberg only explicitly discloses how you do the implementation for two servers. The rest of it is all obviousness. The rest of it is all a person of ordinary skill in the art has to figure out what would be a reasonable way to scale this up. And Rosenberg doesn't explicitly teach you how to do that. Rosenberg has many different options that a person could consider in terms of how things would work. But it doesn't say how you would send these identifiers to multiple different servers. And Meta's petition didn't explain that either. So there was nothing that we could address in terms of explaining what was deficient, other than just to say we don't know what their combination is. So there is a dispute that Rosenberg, Rosenberg itself does not disclose all the limitations. Rosenberg with Firefly is alleged to disclose all the limitations, but they need to show a motivation to combine Rosenberg with Firefly. And again, the board's final written decision did not address motivation to combine Rosenberg with Firefly at all. So on appeal to us, it's still not entirely clear what exactly Meta believes its combination with Rosenberg and Firefly would look like. But at a high level, there's two possibilities. There's a two-server combination. This is articulated in the petition at Appendix 140, where there's a mock-up of website A opening up another frame on website B. But this only explains how to do the implementation of Rosenberg, where there is exactly two servers. But again, the board never found any motivation to combine Rosenberg with Firefly at all, but certainly no motivation to combine Rosenberg with Firefly in a two-server combination. And in fact, Meta's expert acknowledged the two-server combination of the two references was not obvious. Specifically, when he was asked how many servers were in his proposed combination, he began his answer by noting that, quote, Firefly had a variable number of servers, unquote. And then he went on to say, quote, and indeed, it would be rather foolish to build a system like Rosenberg just to synchronize two servers, unquote. And this is Appendix 1425 through 1426. So if you look at the evidence, there really is no motivation to combine Rosenberg with Firefly for a two-server combination at all, and the board certainly didn't make any finding in that regard. Now, the other possibility for Meta is that the combination involves more than two servers. But again, they need to explain what this combination would look like and how it would operate, because again, not all aspects of Rosenberg read on the claims. They need to show that there is some combination that is motivated and obvious and reads on the claim limitations that satisfies what they need to show, and they haven't articulated this. Meta's expert acknowledged that he didn't explain what his combination, quote, would look like for synchronization of unique identifiers between more than two servers, unquote. And this is Appendix 1439. And of course, if Rosenberg actually did disclose a technique for a specific design for sending identifiers in the system having more than two servers, Meta's expert could have just pointed us to that disclosure in Rosenberg. Rosenberg doesn't disclose that. And that's really the problem here. Meta and the board seem to treat Rosenberg as some sort of anticipatory reference. In fact, Meta's red brief at 30 says that the board effectively treated Rosenberg as anticipatory for its technical teachings. They're not allowed to do that because this is a motivation to combine case. And Rosenberg, even if you just look at the technical teachings, does not disclose how to do these multiple server combinations, like the only thing that could possibly even be motivated. It doesn't disclose the technical details of how you would design these multiple server combinations beyond merely just saying that there are certain things that you would have to consider and it would be, you know, you would have to use your ordinary creativity as a person of skill in the art to figure out how to implement this stuff. So even within the context of Rosenberg, we're really dealing with obviousness because a person of ordinary skill in the art would have to use their skill and creativity to figure out how to implement these things. And I'll just conclude by saying that the fact that Meta never explained how its multiple server combination would operate is really evidenced by this track and field analogy that they raised for the first time at the oral argument before the patent office. That was never raised in any briefing. There's no evidence at all, no expert evidence supporting that, no evidence in Rosenberg supporting that there is sort of a relay race of batons or identifiers being handed over from server to server. And I think this just exemplifies how little evidence there is to support Meta's theory of this case. So unless your honors have further questions, I'll reserve the rest of my time for rebuttal. We will save it for you. Mr. Morton. Thank you, may it please the court. The board's decision below is supported by substantial evidence and should not be overturned here. The combination of Zeph and Rosenberg, so with Rosenberg with Zeph and Stern. So Rosenberg, that was relied upon for all of the claim limitations other than the unaffiliated third party limitation. That was just to, Zeph and Stern was included to just put a finer point on the fact that you could have web servers that are associated with unaffiliated third parties. That is. I'm sorry, I didn't understand your last sentence. That was included for some, that was included by the patentee in the claim? No, sorry, in the obviousness combination. We used Zeph and Stern, the Firefly references, for there was a limitation in Claim 11 about unaffiliated third parties, that these servers are associated with unaffiliated third parties. Zeph and Stern was only for that specific teaching. Rosenberg was relied upon for the remainder of the claim. Why don't you address motivation to combine? That seems to be opposing counsel's main point. So there's ample evidence in the record about motivation to combine at JX 147 to 150 and at JX 160 to 161 where we. Do you have page citations for where the board made findings on that? So the board addressed the motivation to combine at Appendix 37 in the final written decision. Where the board states, the patent owner's argument that petitioner's reasoning in support of a challenge only applies to two servers is undermined by Dr. Sherwood's testimony that a person of ordinary skill would seek to create a system that could have been scaled to an arbitrary number of servers because Rosenberg, Zeph, and Stern all teach the desirability of such scaling. With respect to the. Was Almanet's argument that there was no motivation to combine simply because there was no motivation to combine for a two-server combination? Was that the only argument that they made? That was the focus that they made down below, of their argument down below, yes. That's correct, Your Honor. With respect to the discussion of frames, that was addressed below by the board extensively. There's substantial evidence to support the finding of the frames not being any type of issue in this combination. That was addressed by the board at JX38-39, and where the board made extensive findings that these are just trade-offs in an obviousness combination. Are there any other questions, Your Honors? Like to answer here? Not yet. Not yet, okay. The time is yours. Okay. Well, if there aren't any other questions, I'm happy to cede my time. All right. Mr. Milkey. Not a lot to respond to, but it's your time. Thank you, Your Honor, and may it please the Court. So I want to address Appendix 37 in the final written decision. That does not address a motivation to combine Rosenberg with Firefly. As Meta acknowledges, again, in its red brief at 30, the board effectively treated Rosenberg as anticipatory in terms of his technical teaching. I'm sorry, the sentence that was quoted, Dr. Sherwood, he was your expert, or she? Yes. Okay. The board says that Dr. Sherwood's testimony that a, quote, Posita would seek to create a system that could have been scaled to an arbitrary number of servers because Rosenberg, Zeph and Stern, Zeph and Stern is Firefly, right? Correct. So Rosenberg and Firefly all teach the desirability of such scaling. So that says something about a motivation to combine. There are two scaling kinds of pieces of prior art. Why is that insufficient in your view? So, Your Honor, I encourage you to read the context surrounding that citation to the expert testimony, but what that expert testimony was talking about is that assuming that there would be some combination of these two systems, that was not ever conceded that there would be some combination of these two systems, but assuming that there would be some combination of these two systems, a Posita would have only done this in a system that would scale to multiple servers. There was no statement that, yes, these would have been two systems that would be obvious to combine, that they just said that if you were to combine these systems, you would have wanted to scale them to multiple servers, such that a two-server combination would not have been obvious, but yet the petition only ever explained how its combination would have worked for a two-server combination. Was that your sole motivation to combine argument? Our motivation to combine argument is that it's not limited to that. It is that we need to know. Not now, at the time. No, it never was limited to that, because he said. Where do we find a broader argument? We said that the petition never explained how its combination would operate with respect to more than. Show me where you said made a broader argument. In our patent owner response at, starting at page 14. At 258 of the appendix? Yes, yes, thank you. So we said the petition only explains how its proposed combination would apply to exactly two participating servers in Rosenberg. Okay, but that's the two-server argument. What I asked you was, did it go beyond that? So, as part of this argument, Your Honor, we need to know how the proposed combination would apply to more than two servers before we can even begin to address motivation to combine. If we don't know what the combination looks like, we don't know whether that combination would have been obvious. And that's reflected in. I don't see you making anything more than the two-server argument. And that's what the board responded to. So I don't see a problem with what the board did. What we're saying is that the two-server combination would have been obvious, and beyond that, they have to show how their combination would actually work, which they failed to do. We don't know whether their multi-server combination works. We don't know if it reads on the challenge plan, because they haven't explained how it works. We don't know if it would have been obvious, because we don't know how it works. So, whether there's a motivation or not to do the multi-server combination, we need to see what that combination looks like so we can evaluate that. But they've never explained how it works, and that's the fundamental problem here, is that unless they explain how their system works, we can't even, you know, we've explained how there are certain aspects of the limitations that are not satisfied by Barry's teachings of Rosenberg, and different ways to implement Rosenberg. So you can't just say, you scale Rosenberg up to more servers, and then you arrive at the challenge plans. You actually need to explain how that operates. So, yes, we do have the two-server argument in the sense that they haven't motivated a combination of two servers, which I think is abundantly clear from their experts' admission that it would be foolish to do a two-server combination. But it's the multiple-server combination of we've argued that we don't know what it would look like. Your Honor. I think we have your argument, and your time has expired. The case is submitted. Thank you, Your Honor.